UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIK SCOTT BROWN,<br><br>　Petitioner,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　Respondent. | Civil No. 17-cv-430-JPG<br><br>Criminal No 15-cr-40045-JPG |

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Erik Scott Brown's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Erik Scott Brown, and that this case is dismissed with prejudice.

**DATED: March 8, 2018**　　　　　　　　JUSTINE FLANAGAN, Acting Clerk of Court

　　　　　　　　　　　　　　　　　　　　**s/Tina Gray, Deputy Clerk**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**